CASE 14.—PROCEEDINGS BETWEEN JOHN ALLEN'S EXE-
CUTORS AND JOHN McELROY, SHERIFF, TO
COLLECT AN INHERITANCE TAX.—Oct. 27, 1908.

## Allen's Exrs. v. McElroy, Sheriff

Appeal from Fayette Circuit Court.

WATTS PARKER, Circuit Judge.

From the judgment the executors appeal.—Af-
firmed.

FOX & JACKSON and ALLEN & DUNCAN for appellants.

GEORGE R. HUNT for appellee.

OPINION OF THE COURT BY JUDGE SETTLE—Affirming.

The question involved in this case being identical
with those passed upon by this court in the case of
Armilda U. Booth's Executor v. Commonwealth of
Kentucky (this day decided), 113 S. W. 61, and the
opinion in that case being conclusive of the rights of
the parties in this, the judgment herein is affirmed.

Note by Reporter.—See Booth's Executor v. Com-
monwealth, case No. 12 in this volume.